Christopher Bernard JONES,
Plaintiff—Appellant,

v.

Perry S. LUTHI, Sr.; Desmine Sardine; Luthi Mortgage Company, Inc.; Carolina Tax Service; Luthi Construction Company; Liberty Funding; General Funding; Perry S. Luthi, Jr.; Martha Pace; Lori Murphy; Carol A. Simpson; Ira Handy; Handy Moisture & Pest Control; Pete Peterson; Ron Platt; Marsha Platt; Sonny Ninan; Michael Doe; Dee Dee Doe; Kim Doe, Defendants—Appellees.

Christopher Bernard Jones,
Plaintiff—Appellant,

v.

Perry S. Luthi, Sr.; Desmine Sardine; Luthi Mortgage Company, Inc.; Carolina Tax Service; Luthi Construction Company; Liberty Funding; General Funding; Perry S. Luthi, Jr.; Martha Pace; Lori Murphy; Carol A. Simpson; Ira Handy; Handy Moisture & Pest; Pete Peterson; Ron Platt; Marsha Platt; Sonny Ninan; Michael Doe; Dee Dee Doe; Kim Doe, Defendants–Appellees.

Christopher Bernard Jones,
Plaintiff—Appellant,

v.

Perry S. Luthi, Sr.; Desmine Sardine; Luthi Mortgage Company, Inc.; Carolina Tax Service; Luthi Construction Company; Liberty Funding; General Funding; Perry S. Luthi, Jr.; Martha Pace; Lori Murphy; Carol A. Simpson; Ira Handy; Handy Moisture & Pest Control; Pete Peterson; Ron Platt; Marsha Platt; Sonny Ninan; Michael Doe; Dee Dee Doe; Kim Doe, Defendants—Appellees.

Nos. 07–1642, 07–1691, 07–1937.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

Christopher Bernard Jones, Appellant Pro Se. Melvin Hutson, Melvin Hutson, PA, Greenville, South Carolina; Carol A. Simpson, Greenville, South Carolina; Ira Handy, Taylors, South Carolina; Ron Platt, Greenville, South Carolina; Marsha Platt, Greenville, South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Bernard Jones seeks to appeal the district court's orders denying his motion to reconsider the court's order requiring him to comply with the service requirements of Fed.R.Civ.P. 5; denying his motion to amend the complaint; and granting a defendant's motion for an extension of time to answer Plaintiff's interrogatories and produce documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Jones seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Jones' motions to stay the district court proceedings, for an injunction and restraining order, to waive the requirement to file a certificate of service, and for emergency relief for order of protection; and also deny Jones' petition for emergency relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*